UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-11552 RGS

| | |
|---|---|
| NORTH AMERICAN SPECIALTY INSURANCE COMPANY,<br>                   Plaintiff<br>vs.<br>MEDFORD ELECTRICAL CONTRACTING CORPORATION, and JOHN B. GIACALONE,<br>                   Defendants. | )<br>)<br>)  **STIPULATION**<br>)<br>)<br>)<br>)<br>)<br>) |

Plaintiff and Defendant, John B. Giacalone, stipulate and agree that the date for Serving an answer to the Complaint is extended to Tuesday, October 5, 2004.

_____
Bradford R. Carver, BBO #565396
CETRULO & CAPONE LLP
Two Seaport Lane, 10th Floor
Boston, MA 02210
(617) 217-5500

9/20/04
Date

_____
Maury E. Lederman, B.B.O. #291200
MURTHA CULLINA LLP
99 High Street
Boston, MA 02110-2320
(617) 457-4000

287314-1