UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NORTH AMERICAN SPECIALTY INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>MEDFORD ELECTRICAL CONTRACTING CORPORATION, and JOHN B. GIACALONE,<br><br>Defendants. | CIVIL ACTION NO. 04-11552 RGS |

### JOINT MOTION TO CONTINUE SCHEDULING CONFERENCE

The parties move to continue the Scheduling Conference presently scheduled to take place on January 24, 2005, for a period of ninety (90) days. As grounds for this motion, the parties state:

(1) They have entered into a Settlement Agreement which provides that Defendant Giacalone will take certain actions within the next ninety (90) days.

(2) Provided Giacalone timely takes the actions described in the Settlement Agreement, this action will be dismissed.

(3) Under the circumstances, preparing for and attending the settlement conference on January 24, 2005 would waste judicial time and force the parties to incur

legal fees which are likely to be unnecessary.

JOHN B. GIACALONE
By his attorneys,

*/s/ Maury E. Lederman*   1/3/05

Maury E. Lederman, B.B.O. #291200      Date
MURTHA CULLINA LLP
99 High Street
Boston, MA 02110-2320
(617) 457-4000

NORTH AMERICAN SPECIALTY
INSURANCE COMPANY
By its attorneys,

*/s/ Bradford R. Carver*   1/3/05

Bradford R. Carver, B.B.O. #565396      Date
Jonathan C. Burwood, B.B.O. #643674
CETRULO & CAPONE LLP
Two Seaport Lane, 10th Floor
Boston, MA 02210
(617) 217-5500

294443-1                                  2